64D05-2203-CT-002748

Filed: 3/31/2022 2:35 PM
Clerk
Porter County, Indiana

USDC IN/ND case 2:22-cv-00142-PPS-JPK   document 4   filed 03/31/22   page 1 of 3

Porter Superior Court 5

| STATE OF INDIANA | ) | IN THE PORTER CIRCUIT / SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: |  |
| COUNTY OF PORTER | ) | SITTING IN PORTER COUNTY, INDIANA |

PAUL DECKER,                     )
                                 )
         Plaintiff,              )
                                 )
    v.                           )   CAUSE NO.:
                                 )
MENARD, INC.,                    )
                                 )
         Defendant.              )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Paul Decker, by Counsel, Duke T. Escue, of Walter J. Alvarez, P.C., and for his cause of action against the Defendant, Menard, Inc., now states as follows:

1. This is a civil action for injuries and damages that the Plaintiff, Paul Decker, sustained as a result of a slip and fall incident that occurred on or about February 2, 2021, or February 3, 2021, at the Menards Store located at or near 351 Silhavy Road, in Valparaiso, Porter County, State of Indiana.

2. At said date and time, the Plaintiff was lawfully on the premises of the Defendant, as an invitee and with the permission of, and for the benefit of, the Defendant.

3. At said date and time, due to the negligence of the Defendant, the Plaintiff slipped and fell on the premises of the Defendant, sustaining injuries.

4. That the Defendant had a duty to the Plaintiff to maintain the premises in a reasonably safe condition, and that the Defendant was negligent regarding same.

5. That the Defendant's negligence includes, but is not limited to, all of the following:

  a. Failing to provide a reasonably safe walkway for invitees to enter and exit;

  b. Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to the Plaintiff;

  c. Failure to exercise reasonable care to protect invitees from unreasonable harm and danger;

  d. Failing to adequately clean and salt the walkways in a reasonable and proper time frame in order to prevent business invitees and other invitees from slipping and falling;

  e. Failing to follow recommendations that would prevent the aforementioned hazard;

  f. Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions;

  g. Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

  h. Failure to exercise reasonable and prudent care for the safety of their invitees and/or social guests;

  i. Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

  j. Failure to adequately salt, clean and/or remove snow and/or ice; and

  k. Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

6. That as a direct and proximate result of the negligence of the Defendant, Menard, Inc., the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in normal daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff, by Counsel, demands judgment against the Defendant, Menard, Inc., and prays as follows:

  a. For reasonable compensatory damages;

b.   For pre-judgment and post-judgment interest;

c.   For the costs of this action; and

d.   For all other proper relief.

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: _____
Duke T. Escue, #20578-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400

**PLAINTIFF DEMANDS TRIAL BY JURY.**

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff

By: _____
Duke T. Escue, #20578-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400